| Attorney or Party Name, Address. Telephone & FAX Nos. State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ali R. Nader, SBN 183134<br>Amir A. Nader, SBN 277014<br>16530 Ventura Blvd., Suite 405<br>Encino, CA 91436<br>(818) 788-5008 Fax: (818) 788-8846<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Corazon Manalo Victoriano<br><br><br><br>Debtor(s). | CASE NO.: 2:12-bk-40850-WB |
|---|---|
| | CHAPTER: 13 |
| | **DEBTOR'S NOTICE OF MOTION AND MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE[11 U.S.C. § 506(d)]** |
| | DATE:  January 10, 2013<br>TIME:  2:00 p.m.<br>COURTROOM: 1545<br>FLOOR:  15th |

1. TO: **NAVY FEDERAL CREDIT UNION**

2. NOTICE IS HEREBY GIVEN that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief set forth in the Motion and accompanying supporting documents served and filed herewith.

3. Hearing Location:  
   ☒ 255 East Temple Street, Los Angeles    ☐ 411 West Fourth Street, Santa Ana  
   ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara  
   ☐ 3420 Twelfth Street, Riverside

4. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. *(If you do not have an attorney, you may wish to consult one.)*

5. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than 14 days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

6. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according the judge's self-calendaring procedures.

| Date: December 14, 2012 | Nader Law Firm, APLC |
|---|---|
| | Printed name of law firm *(if applicable)* |
| Amir A. Nader 277014 | /s/ Amir A. Nader |
| Printed Name of Individual Debtor or Attorney for Debtor | Signature of Individual Debtor or Attorney for Debtor |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                Page 1                F 4003-2.4.MOTION

## MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]
### (DEBTOR: Corazon Manalo Victoriano)

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"): NAVY FEDERAL CREDIT UNION**

**1. Property at Issue**: Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (Lien) encumbering the following real property (Property), which is the principal residence of debtor.

Street Address: **243 Calle Luna**
Unit Number: ____
City, State, Zip Code: **Walnut, CA 91789**

Legal description of Property for document recording number *(including county of recording)*:

**County: Los Angeles**
**APN No: 8734-009-029; Lot: 61 Tract No: 31921 Region/Cluster 06/06149**

☐ See attached page for legal description of Property or document recording number.

**2. Case History:**

a. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on *(specify petition date)*: **9/10/2012**

b. ☐ An Order of Conversion to chapter 13 was entered on *(specify date)*: _____

**3. Grounds for Avoidance of Junior Lien:**

a. As of **9/10/2012**, the Property is subject to the following liens in the amounts specified securing the debt against the Property, that the debtor seeks to have treated as indicated:

(1) **Bank of America, N.A.** in the amount of $ **386,322.62**

(2) **Navy Federal Credit Union** in the amount of $ **136,027.67** ☒ is ☐ is not to be avoided;

(3) *(Name of holder of 3rd lien)* _____ in the amount of $ _____ ☐ is ☐ is not to be avoided;

☐ See attached page for additional lien(s).

As of **9/10/2012**, Property is worth no more than *(value per valuation/appraisal)* $ **355,000.00**.

b. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

c. **Evidence in Support of Motion:**

(1) ☒ The amount of the lien identified in paragraph 3(a)(1) is based on **Proof of Claim/Deed of Trust**, attached hereto and identified as Exhibit **A**.

(2) ☒ The amount of the lien identified in paragraph 3(a)(2) is based on **Proof of Claim/Deed of Trust**, attached hereto and identified as Exhibit **B**.

(3) ☐ The amount of the lien identified in paragraph 3(a)(3) is based on *(type of evidence)* _____, attached hereto and identified as Exhibit ___.

(4) ☒ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit **A + B**.

(5) ☒ The value of the Property from paragraph 3(b) is based on **Real Property Appraisal**, attached as Exhibit __C__.

(6) ☒ Debtor submits the attached Declaration(s). **Declaration of Debtor Corazon Manalo Victoriano; Declaration of Karen Iwamiya, certified appraiser; Declaration of Amir A. Nader**

(7) ☒ Other evidence **Resume of Karen Iwamiya**: attached as Exhibit __C-1__.


**d. WHEREFORE, Debtor prays that this Court issue an Order granting the this Motion and establishing that:**

(1) The Property is valued at no more than *(requested value)* $ __355,000.00__.

(2) No payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(3) Respondent's(s') claim on the junior position lien(s) shall be allowed as a nonpriority general unsecured claim(s) in the amount per the filed Proof of Claim.

(4) The avoidance of the Respondent's(s') junior lien(s) is contingent upon: The Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(5) The Respondents shall retain its/their lien(s) in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

(6) In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's(s') lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's(s') lien(s) shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale, subject to the priority of any such junior lien(s).

**e.** ☐ See attached continuation page for additional provisions.


Date: December 14, 2012                                    Respectfully submitted,

                                                           By:  /s/ Amir A. Nader
                                                                Signature of Debtor or Attorney for Debtor

                                                           Name:  Amir A. Nader
                                                                  Printed Name of Debtor or Attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011                                 Page 3                                F 4003-2.4.MOTION

# DECLARATION OF CORAZON MANALO VICTORIANO

I, CORAZON MANALO VICTORIANO, declare as follows:

1. That I am the Debtor in the Chapter 13 proceeding herein assigned case number 2:12-BK-40850-wb. If called upon as witnesses I could and would testify competently to the following facts from our own personal knowledge.

2. That the First Deed of Trust on our rental property located at 243 Calle Luna, Walnut CA, 91789, is held by Bank of America, N.A., with a lien against my property in the amount of approximately $386,322.62. A true and correct copy of the Proof of Claim filed by Bank of America, N.A., and Deed of Trust is attached hereto as Exhibit "A."

3. That the Second Trust Deed on my residence is held by Navy Federal Credit Union, with a lien against my property in the amount of approximately $136,027.67. A true and correct copy of the Proof of Claim and Deed of Trust filed by Navy Federal Credit Union is attached hereto as Exhibit "B."

4. I believe that the value of my property is no more than $355,000.00 based my understanding as homeowner of the values in the neighborhood, and based on the Appraisal performed on the property. A true and correct copy of the Appraisal is attached hereto as Exhibit "C."

5. The encumbrances by the First Deed of Trust exceed the fair market value of the property.

6. Accordingly, I respectfully request that the Second Trust Deed held by Navy Federal Credit Union be treated as fully unsecured and to be reconveyed at the time of discharge of our Chapter 13 Case.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 14, 2012, at Encino, California.

/s/ Corazon Manalo Victoriano
Corazon Manalo Victoriano

Page | 1

# DECLARATION OF AMIR A. NADER

I, Amir A. Nader, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am employed by NADER LAW FIRM, APLC, attorneys for Debtor in the above captioned matter. I have personal knowledge of the facts set forth herein and, if called upon to do so, I would and could competently testify thereto.

2. That I am licensed to practice law before this United States Bankruptcy Court;

3. That on September 10, 2012, this office caused the filing of the debtors Chapter 13 case;

4. The within Notice of Motion and Motion to Avoid Junior Lien on Principal Residence [11 U.S.C. §506(d)] shall be heard on January 10, 2013 at 2:00 P.M., in Courtroom 1545 located at 255 E. Temple Ave, Los Angeles, CA 90012.

5. That the entire debt of $136,027.67 owed to Navy Federal Credit Union is at issue the present Motion to Avoid Junior Lien on Principal Residence. Thus, it is respectfully requested that the Debtor be allowed to extinguish and reconvey the Second Deed of Trust holder Navy Federal Credit Union.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on December 14, 2012, at Encino, California.

              /s/ Amir A. Nader
              Amir A. Nader
              Attorney for Debtor/Movant

Page | 2

**Supplemental Addendum**    File No. Victoriano

| Borrower | N/A | | | |
|---|---|---|---|---|
| Property Address | 243 Calle Luna | | | |
| City | Walnut | County Los Angeles | State CA | Zip Code 91789 |
| Client | Cora Victoriano | | | |

## DECLARATION OF Karen Iwamiya

I, Karen Iwamiya, declare that I am a certified real estate appraiser. All of the following is true and correct to the best of my knowledge and belief, and if called upon as a witness I could and would testify (for an additional fee) competently to the following facts from my own personal knowledge:

1. I am familiar with the concepts of evaluation and appraisal of residential property in southern California. I have taken, and successfully passed the appropriate appraisal courses, a copy of my resume is attached to this appraisal report that I prepared and if incorporated herein by this reference as "Exhibit C1";

2. The comparable sales approach is the appraisal method most often utilized in evaluating the fair market value of residential property. This approach helps estimate the value by comparing sales of similar real property to the subject property. the most crucial factors used by an appraiser in selecting comparable sales are date of sale, proximity to the subject property, site size, improvements living area, room count and amenities, i.e., swimming pool, spa, views, remodeling, etc.

3. The debtor's residence is stated as:    (hereinafter the "subject property"). The subject property has 1457 sq. ft., 3 BD - 2 BA, and built-in 1975.

4. In my opinion the value is/was estimated at: $355,000 based on the comparable sales approach to value. True and correct copies of the appraisal report showing comparable sales, a cost approach to value and a location map.

I, Karen Iwamiya, declare under penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this Declaration is executed on this 20th day of August at Los Angeles, California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
16530 Ventura Blvd., Suite 405
Encino, CA 91436

A true and correct copy of the foregoing document entitled (specify):  Debtor's Notice of Motion and Motion to Avoid Junior Lien on Principal Residence  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  12/14/12 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy K Curry (TR) ecfnc@trustee13.com

Mehrdaud Jafarnia bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Jennifer H Wang jwang@cookseylaw.com, jodom@cookseylaw.com

**2. SERVED BY UNITED STATES MAIL**:
On  12/14/12 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 14, 2012 | Ali R. Nader 183134 | /s/ Ali R. Nader |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 4    F 4003-2.4.MOTION

| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br><br>Navy Federal Credit Union<br>c/o THOMAS J CONNELLY<br>820 FOLLIN LN<br>VIENNA VA 22180 | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name:____ |
|---|---|---|
| 2nd lienholder<br><br>Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Address from:<br>☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
| Navy Federal Credit Union<br>PO Box 3700<br>Merrifield, VA 22119 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: Matrix | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

| Alternative/Additional Address *(name and address)*<br><br>Honorable Judge Julia W. Brand<br>255 E. Temple Street<br>Suite 1382 / Courtroom 1375<br>Los Angeles, CA 90012 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |
|---|---|---|
| Alternative/Additional Address *(name and address)*<br><br>Corazon Manalo Victoriano<br>243 Calle Luna<br>Walnut, CA 91789 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#____<br>☐ Overnight Mail - Tracking#____<br>Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 6    F 4003-2.4.MOTION

**II. SERVED BY UNITED STATES MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
(Attached page to Proof of Service of Document-please include any additional or alternative addresses and attach additional pages if needed)
(Certified Mail required for service on a national bank.)

| 1st lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| Bank of America, N.A<br>c/o Brian Moynihan, CEO<br>101 S. Tryon St.,<br>Charlotte, NC 28202 | ☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: specify | ☒ US Mail<br>☒ Certified Mail - 7011 1150 0001<br>Tracking# 1956 4789<br>☐ Overnight Mail -<br>Tracking#<br>Carrier Name: |
| 1st lienholder<br>Bank of America<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | ☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☒ US Mail<br>☒ Certified Mail - 7011 1150 0001<br>Tracking# 1956 4796<br>☐ Overnight Mail -<br>Tracking#<br>Carrier Name: |
| 1st lienholder<br>Bank of America, N.A<br>150 N College St, NC1-028-17-06<br>Charlotte, NC 28255 | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☒ US Mail<br>☒ Certified Mail - 7011 1150 0001<br>Tracking# 1956 4802<br>☐ Overnight Mail -<br>Tracking#<br>Carrier Name: |
| Bank of America, N.A<br>c/o CT Corporation System<br>818 W. Seventh St.,<br>Los Angeles, CA 90017 | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☒ US Mail<br>☒ Certified Mail - 7011 1150 0001<br>Tracking# 1956 4819<br>☐ Overnight Mail -<br>Tracking#<br>Carrier Name: |
| Bank of America, NA<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: Matrix | ☒ US Mail<br>☒ Certified Mail - 7011 1150 0001<br>Tracking# 1956 4826<br>☐ Overnight Mail -<br>Tracking#<br>Carrier Name: |
| Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065 | ☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: Matrix | ☒ US Mail<br>☒ Certified Mail - 7011 1150 0001<br>Tracking# 1956 4833<br>☐ Overnight Mail -<br>Tracking#<br>Carrier Name: |

| 2nd lienholder (name and address) | Address from: | Delivery Method |
|---|---|---|
| Navy Federal Credit Union<br>820 FOLLIN LANE<br>VIENNA VA22180 | ☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: specify | ☒ US Mail<br>☐ Certified Mail -<br>Tracking#<br>☐ Overnight Mail -<br>Tracking#<br>Carrier Name: |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2011    Page 5    F 4003-2.4.MOTION