| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ali R. Nader, SBN 183134<br>Amir A. Nader, SBN 277014<br>16530 Ventura Blvd., Suite 405<br>Encino, CA 91436<br>(818) 788-5008 Fax: (818) 788-8846<br>ali@naderlawfirm.com<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**FEB 27 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** beaucham **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Corazon Manalo Victoriano<br><br>Debtor(s). | CASE NO.: 2:12-bk-40850-WB<br>CHAPTER: 13<br>**ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(d)]**<br>DATE:   February 6, 2013<br>TIME:    1:30 p.m.<br>COURTROOM:  1375<br>PLACE:   255 E. Temple Street. |

**NAME OF CREDITOR HOLDING JUNIOR LIEN: NAVY FEDERAL CREDIT UNION**

1. The Motion was: ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"), which is the principal residence of debtor(s):
   *Street Address:* **243 Calle Luna**
   *Unit Number:* _____
   *City, State, Zip Code:* **Walnut, CA 91789**

   Legal description or document recording number (including county of recording):
   **County: Los Angeles**
   **APN No: 8734-009-029; Lot: 61, Tract No: 31921 Region/Cluster 06/06149**

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. **BANK OF AMERICA, N.A.**  in the amount of $**386,322.62** .

   b. **NAVY FEDERAL CREDIT UNION** in the amount of $**136,027.67** ☒ is ☐ is not        to be avoided;
   c. _____ in the amount of $_____ ☐ is ☐ is not        to be avoided;

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                                          Page 1                                                           **F 4003-2.4.ORDER**

☐ See attached page for any additional encumbrance(s).

4. The motion is:

   a. ☐ DENIED        ☐ with ☐ without        prejudice, on the following grounds:

   1. ☐ Based upon the findings and conclusions made on the record at the hearing
   2. ☐ Unexcused non-appearance by Movant
   3. ☐ Lack of proper service
   4. ☐ Lack of evidence supporting motion
   5. ☐ Other (specify):

   b. ☒ GRANTED on the following terms:

   i. The Subject Property is valued at no more than $**355,000.00** based on adequate evidence.

   ii. This avoidance of the respondent's junior lien is effective upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge in this case.

   iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

   iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

   v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order

   vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon: ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

   vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, or if the Subject Property is sold or refinanced prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                    Page 2                                    **F 4003-2.4.ORDER**

viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's ☒ completion of the chapter 13 plan, or ☒ receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

ix. ☐ See attached continuation page for additional provisions.

###

Date: February 27, 2013

*Julia W. Brand*
Julia W. Brand
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 3    **F 4003-2.4.ORDER**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)*: __ORDER ON MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) __2/7/2013__, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Nancy K Curry (TR) ecfnc@trustee13.com
- Sheryl K Ith sith@cookseylaw.com
- Mehrdaud Jafarnia bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Jennifer H Wang jwang@cookseylaw.com, jodom@cookseylaw.com

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*     Page 4     **F 4003-2.4.ORDER**

| Lienholder | Address from | Delivery Method |
|---|---|---|
| 1st lienholder *(name and address)*<br><br>Bank of America, N.A<br>c/o Brian Moynihan, CEO<br>101 S. Tryon St.,<br>Charlotte, NC 28202 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☒ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| 1st lienholder<br><br>Bank of America<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | Address from:<br>☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| 1st lienholder<br><br>Bank of America, N.A<br>150 N College St, NC1-028-17-06<br>Charlotte, NC 28255 | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| Bank of America, N.A<br>c/o CT Corporation System<br>818 W. Seventh St.,<br>Los Angeles, CA 90017 | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☒ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| Bank of America, NA<br>P.O. Box 660933<br>Dallas, TX 75266-0933 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: Matrix | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| Bank Of America, N.A.<br>450 American St<br>Simi Valley, CA 93065 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: Matrix | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| 2nd lienholder *(name and address)*<br><br>Navy Federal Credit Union<br>820 FOLLIN LANE<br>VIENNA VA22180 | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| 2nd lienholder *(name)* and Agent for Service of Process *(name and address)*<br><br>Navy Federal Credit Union<br>c/o THOMAS J CONNELLY<br>820 FOLLIN LN<br>VIENNA VA 22180 | Address from:<br>☐ Proof of Claim ☒ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*    Page 5    **F 4003-2.4.ORDER**

| | | |
|---|---|---|
| 2nd lienholder<br><br>Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Address from:<br>☒ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| Navy Federal Credit Union<br>PO Box 3700<br>Merrifield, VA 22119 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☒ Other: Matrix | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

| | | |
|---|---|---|
| Alternative/Additional Address<br>*(name and address)*<br><br>Honorable Judge Julia W. Brand<br>255 E. Temple Street<br>Suite 1382 / Courtroom 1375<br>Los Angeles, CA 90012 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |
| Alternative/Additional Address<br>*(name and address)*<br><br>Corazon Manalo Victoriano<br>243 Calle Luna<br>Walnut, CA 91789 | Address from:<br>☐ Proof of Claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | Delivery Method<br>☒ US Mail<br>☐ Certified Mail - Tracking#_____<br>☐ Overnight Mail - Tracking#_____<br>Carrier Name:_____ |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                        Page 6                                                        **F 4003-2.4.ORDER**